# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA ESTRADA,<br><br>    Plaintiff(s),<br><br>v.<br><br>WINCO FOODS, LLC,<br><br>    Defendant(s). | Case No. 2:17-cv-02478-JCM-NJK<br><br>ORDER |

  Pending before the Court is a stipulation to extend. Docket No. 10. The Court hereby **SETS** this matter for a case-management conference for 11:00 a.m. on December 20, 2017, in Courtroom 3C.

  IT IS SO ORDERED.

  DATED: December 18, 2017

                _____
                NANCY J. KOPPE
                United States Magistrate Judge