# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTHA ESTRADA,

    Plaintiff(s),

v.

WINCO FOODS, LLC,

    Defendant(s).

Case No.: 2:17-cv-02478-JCM-NJK

**Order**

[Docket No. 14]

    Pending before the Court is a stipulation to extend. Docket No. 14. The Court **SETS** a hearing on that stipulation for 11:00 a.m. on May 16, 2018, in Courtroom 3A.

    IT IS SO ORDERED.

    Dated: May 7, 2018

    Nancy J. Koppe
    United States Magistrate Judge

1