MICHAEL R. HALL
Nevada Bar No. 005978
mhall@lawhjc.com
HEATHER M. CALIGUIRE, ESQ.
Nevada Bar No. 014492
hcaliguire@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant
*Winco Foods, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARTHA ESTRADA,

    Plaintiff,

vs.

WINCO FOODS, LLC d/b/a WINCO FOODS #113, DOES I–V, inclusive, and ROE BUSINESS ENTITIES I-V, inclusive

    Defendants.

CASE NO. 2:17-cv-02478-JCM-NJK

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

**IT IS HEREBY STIPULATED and AGREED**, by and through Plaintiff Martha Estrada ("Plaintiff") and Defendant Winco Foods, LLC d/b/a Winco Foods #113 ("Winco"), by and through their respective counsel of record that all of Plaintiff's claims and causes of action against Winco shall be dismissed with prejudice, each side to bear its own fees and costs;

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER STIPULATED and AGREED**, by and between the parties hereto and through their respective counsel of record, that any and all claims or causes of action that are not specifically referenced herein, if any, are hereby dismissed with prejudice, each of the parties to bear their respective fees and costs.

Dated: 9/28/2018

HALL JAFFE & CLAYTON, LLP

By _____
MICHAEL R. HALL
Nevada Bar No. 005978
HEATHER M. CALIGUIRE, ESQ.
Nevada Bar No. 014492
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendants Winco Foods, LLC*

Dated: 9/25/18

GAZDA & TADAYON, LTD.

By _____
Lewis Gazda, Esq.
Nevada Bar No. 4269
Afshin Tadayon, Esq.
Nevada Bar No. 6517
2600 South Rainbow Blvd. #200
Las Vegas, Nevada 89146
*Attorneys for Plaintiff Martha Estrada*

## ORDER

IT IS SO ORDERED.

DATED: October 2, 2018

_____
UNITED STATES DISTRICT JUDGE